# Court of Appeals of the State of Georgia

ATLANTA, July 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0003. SANICA T. SPEARMAN v. EAGLE'S BROOKE PROPERTY OWNERS ASSOCIATION, INC.

Eagle's Brooke Property Owners Association, Inc. ("The Association"), filed this lawsuit seeking to recover unpaid assessments against Sanica T. Spearman. The trial court issued a final judgment in favor of The Association in the amount of $6,719.63, and Spearman filed this direct appeal. We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Spearman's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 07/23/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*